**Order filed, May 06, 2014.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00840-CR

———————

**LORENZA ANDRE SAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCR-055360A**

## ORDER

The reporter's record in this case was due **September 30, 2013**. *See* Tex. R. App. P. 35.1. On **December 12, 2013**, this court granted the court reporters request for extension of time to file the record until **January 02, 2014 with no further extensions**. On **January 07, 2014** this court granted the court reporters second request for extension of time to file the record until **February 06, 2014 with no further extensions**. To date, the record has not been filed with the court.

Because the reporter's record was not filed within the time prescribed in the first two extensions the court issues the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **on or before May 05, 2014. No further extension will be entertained.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Elizabeth Wittu** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM